PER CURIAM.

Pursuant to motion of appellees, ordered appeal dismissed for failure of appellants to file record and docket cause; mandate forthwith.

Irving J. ROSE and Alonzo K. Rose, Copartners, etc., Libelants-Appellee, v. THE Steam Tug PERSEVERANCE, Her Engines, etc., Cornell Steamboat Company, Claimant-Appellant, and Cornell Steamboat Company, Respondent-Appellant, and Hedger Transportation Company, Inc., Respondent Impleaded, Appellee, and George I. Forsythe, Respondent Impleaded, Appellee.

Anthony O'BOYLE, as Owner of THE Barges LAKE SUPERIOR and ANTHONY KERWIN, Libelant-Appellee, v. HEDGER TRANSPORTATION CO., Inc., Respondent-Appellee, and The Steam Tug Perseverance, Impleaded, Cornell Steamboat Company, Claimant-Appellant, and George I. Forsythe, Respondent Impleaded, Appellee. (Two suits.)

Nos. 302–304.

Circuit Court of Appeals, Second Circuit.

April 6, 1931.

Kirlin, Campbell, Hickox, Keating & McGrann, of New York City (Robert S. Erskine and Henry P. Elliott, both of New York City, of counsel), for Cornell Steamboat Co. and Tug Perseverance.

Alexander, Ash & Jones, of New York City (Edward Ash and Max Taylor, both of New York City, of counsel), for Rose Bros.

Single & Single, of New York City (Wm. J. Mahar, of New York City, of counsel), for appellee Hedger Transportation Co., Inc.

Macklin, Brown, Lenahan & Speer, of New York City (Horace L. Cheyney, of New York City, of counsel), for Anthony O'Boyle, libelant-appellee.

Before MANTON, L. HAND, and CHASE, Circuit Judges.

PER CURIAM.

Decrees affirmed.

C. F. ROUTZAHN, Collector of Internal Revenue, v. The TYROLER REALTY COMPANY.

No. 5694.

Circuit Court of Appeals, Sixth Circuit.

Nov. 6, 1930.

See, also, 36 F.(2d) 208.

W. J. Mahon, U. S. Atty., of Cleveland, Ohio, for appellant.

M. S. Farmer, of Cleveland, Ohio, for appellee.

PER CURIAM.

Dismissed by court order, pursuant to stipulation of counsel.

SANDOVAL SALES COMPANY and Horace E. Sandoval, Appellants, v. WESIX NATIONAL COMPANY, Appellee.

No. 6464.

Circuit Court of Appeals, Ninth Circuit.

May 11, 1931.

Before WILBUR and SAWTELLE, Circuit Judges, and NETERER, District Judge.

PER CURIAM.

Pursuant to stipulation of counsel for the respective parties, ordered appeal dismissed without costs to either party; mandate forthwith.

Mrs. Carrie L. SHAW, Executrix of Estate of John Shaw, v. COMMISSIONER OF INTERNAL REVENUE.

Nos. 5552–5554.

Circuit Court of Appeals, Sixth Circuit.

Nov. 5, 1930.